**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000554
31-DEC-2012
09:01 AM**

NO. CAAP-12-0000554

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SARAH JEANNE TESKE, Plaintiff-Appellee, v.
MARK ANDREW HIESTERMAN, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 11-1-1508)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the records, it appears that:

(1) on June 6, 2012, Defendant-Appellant Mark Andrew Hiesterman (Appellant) filed a notice of appeal; (2) on August 6, 2012, the record on appeal was filed and the appellate clerk informed Appellant that the jurisdictional statement was due on August 16, 2012 and the opening brief was due on September 17, 2012; (3) on October 29, 2012, Appellant was informed that the time to file the jurisdictional statement expired on August 16, 2012 and the time to file the opening brief expired on September 17, 2012, that this court may take such action as it deemed proper,

including dismissal of the appeal, and that relief from default should be made by motion; and (4) no jurisdictional statement was filed, no opening brief was filed, and no motion for relief from default was filed.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 30.

DATED: Honolulu, Hawai'i,  December 31, 2012.

Presiding Judge

Associate Judge

Associate Judge